UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00361-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  THOMAS DANIEL SANCHEZ,

      Defendant.

---

### ORDER

---

    THIS MATTER is before the Court on review of the file and correspondence

received from Warden Marion Feather at the Federal Detention Center, SeaTac,

Seattle, Washington.

    By way of background I note that on February 9, 2012, I ordered that Defendant

be committed to the custody of the Attorney General for a psychiatric or psychological

evaluation for a period not to exceed thirty (30) days unless an extension is requested

and granted.  However, Defendant did not arrive at FDC SeaTac for evaluation until

March 12, 2012.  On March 22, 2012, on the request of Warden Feather, I ordered that

the 30-days allotted for Defendant's evaluation begin on March 12, 2012, that the study

period end on April 11, 2012, and that the final report be submitted to the Court no later

than April 25, 2012.

    On April 9, 2012, Warden Feather requested an additional extension of time to

complete Defendant's evaluation due to voluminous amounts of investigative and medical records that must be reviewed.

Upon review of the request and the file in this matter, I find that a 15-day extension is warranted.  Therefore, I find that the evaluation study period shall end on April 26, 2012, and the final report shall be submitted to the Court no later than May 10, 2012.

Dated:  April 12, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge