**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Wiley Y. Daniel**

Criminal Case No. 1:11-cr-00361-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

THOMAS DANIEL SANCHEZ,

 Defendant.

---

## ORDER

---

 THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).

 HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

 ORDERED that the government's motion is granted, and grand jury testimony and grand jury documents may be disclosed to the defendant and his attorney in the course of discovery in this case. It is further

 ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED this <ins>10th</ins> day of December, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
CHIEF JUDGE WILEY Y. DANIEL
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO